**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-6748**

———————

ANTHONY ATKINS,

Plaintiff - Appellant,

versus

SANDRA MURPHY, Head Nurse, August Correctional
Center; MARK NELSON, LPN, Augusta Correctional
Center; JULIAN SNYDER, LPN, Augusta Correc-
tional Center; R. SMILEY, Sergeant; EDWARD D.
CAREY, Doctor, Augusta Correctional Center;
T. REDMAN, Lieutenant, Augusta Correctional
Center; J. H. LYLE, Lieutenant,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Chief District
Judge.  (CA-94-240-R)

———————

Submitted:  November 28, 1995      Decided:  March 26, 1996

———————

Before MURNAGHAN, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Atkins, Appellant Pro Se.  Colin James Steuart Thomas, III,
TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia; Mark
Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Atkins v. Murphy</u>, No. CA-94-240-R (W.D. Va. Apr. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3